UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:07-CR-115-MEF |
| | ) | WO |
| KEITH JAMES SEXTON | ) | |

ORDER

Paragraph 1 of the Order entered by the undersigned on 8/28/2007 (Doc. 32) is hereby struck from the record.  The remainder of the Order remains in full force and affect without change.

DONE THIS 27th day of September, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
United States Magistrate Judge