IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cr-115-MEF |
| | ) | (WO) |
| KEITH JAMES SEXTON | ) | |

## **O R D E R**

On August 27, 2007, the defendant filed a Motion for Psychiatric Exam which was granted on August 28, 2007. The defendant was ordered to be placed in a suitable facility of the Bureau of Prisons for mental evaluation and treatment. As of the date of this order, the mental evaluation and treatment ordered have not been completed.

The trial of this case is set for the criminal term commencing on October 2, 2007. While a continuance of this case is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the court is, of course, limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. §3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990). The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A). Having considered the circumstances of this case, in particular the

unavailability of the results of the Sexton's mental evaluation, the court concludes that a continuance of this case is warranted and that the ends of justice served by continuing this case outweighs the best interest of the public and the defendant in a speedy trial.

Accordingly, it is hereby ORDERED:

1. That the trial of this case is continued from the October 2, 2007 trial term to the January 14, 2008 trial term.

2. That the Magistrate Judge conduct a pretrial conference prior to the January 14, 2008 trial term.

DONE this 27th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE